UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NAPOLI LAW PLLC,

                        Plaintiff,                    Case No.: 19 CV 1558 (DRH) (ARL)

-against-

KEYES LAW FIRM, LLC, MARY KEYES and
NAPOLI BERN RIPKA SHKOLNIK, LLP,

                        Defendants.
----------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO REMAND AND OPPOSITION TO TRANSFER TO THE DISTRICT OF MARYLAND

Plaintiff Napoli Law PLLC submits *Keyes Law Firm, LLC v. Napoli Bern Ripka Shkolnik, et al.*, RDB-17-2972 (E.D.N.Y. Nov. 27, 2019), attached as Exhibit 1, as supplemental authority in further support of its motion to remand and opposition to Defendants' motion to transfer to the District of Maryland.

In *Keyes Law Firm*, the Court dismissed crossclaims filed by Paul Napoli, Napoli Shkolnik PLLC, Napoli Law PLLC, and Paul Napoli Law LLC against Marc J. Bern ("Bern"). *Id.* at 11-12. In dismissing such crossclaims, the Court noted that the crossclaims "may be subject to an agreement in New York, under which a Special Referee has been appointed." *Id.* at 10.

The Court held, "Accordingly, along with the prejudicial effect of the untimely crossclaims under Rules 13 and 15, dismissal without prejudice is warranted based on the powers appointed to Mr. Zauderer by a final judgment of a New York state court." *Id.* at 11.

Therefore, the above-captioned matter is not subject to transfer to the District of Maryland.

Dated: December 11, 2019              Respectfully submitted,

                                                                  NAPOLI LAW PLLC

                                                                  */s/ Marie Napoli*  
                                                                  Marie Napoli  
                                                                  400 Broadhollow Road  
                                                                  Melville, New York 11747  
                                                                  manpoli@napolilaw.com  
                                                                  Tel: (212) 267-3700  
                                                                  Fax: (646) 843-7603

                                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on December 11, 2019, she electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Marie Napoli*