

January 3, 2020

**VIA ECF**

The Honorable Denis R. Hurley
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

    Re:    ***Napoli Law PLLC v. Keyes Law Firm, LLC, et al.***
              **Case No.: 2:19-cv-01558**

Dear Judge Hurley,

    I write on behalf of Plaintiff in the above referenced matter in response to the January 2, 2020 letter filed by Defendants Keyes Law Firm, LLC and Mary Keyes (together, "Keyes Defendants"). (Dkt. No. 36.)

    Plaintiff filed this matter in good faith, however, a jury verdict returned in favor of Keyes Law Firm, LLC against defendants, including Napoli Law PLLC.

    Plaintiff does not agree with the jury's verdict in the action *Keyes Law Firm, LLC v. Napoli Bern Ripka Shkolnik, et al.*, RDB-17-2972 (E.D.N.Y. Nov. 27, 2019), but will await the result of an appeal which Plaintiff intends to pursue.

    Accordingly, Plaintiff will leave this issue for a further challenge should Plaintiff prevail on an appeal regarding the verdict in *Keyes Law Firm, LLC v. Napoli Bern Ripka Shkolnik, et al.*, RDB-17-2972 (E.D.N.Y. Nov. 27, 2019).

    Knowing the jury verdict was in favor of the Keyes Law Firm, LLC, Plaintiff filed a notice of voluntary dismissal. (Dkt. No. 35.) Plaintiff did not continue to pursue the case after a jury verdict was returned in favor of the Keyes Law Firm, LLC.

    On January 2, the Court so ordered Plaintiff's voluntary dismissal and closed this matter.

    Therefore, Plaintiff respectfully requests that the Court deny the Keyes Defendants' request.

                                                                        Sincerely,

                                                                        */s/ Marie Napoli*
                                                                        Counsel for Plaintiff

cc: All Parties via ECF